NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANTHONY CHARLES JOHNSON,   )
   )
      Appellant,   )
   )
v.   )   Case No. 2D18-3037
   )
STATE OF FLORIDA,   )
   )
      Appellee.   )
   )

Opinion filed September 11, 2019.

Appeal from the Circuit Court for Polk
County; Ronald A. Herring, Senior Judge.

Jonathan Hackworth of Hackworth Law,
P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.



PER CURIAM.


      Affirmed.


KHOUZAM, C.J., and NORTHCUTT and BLACK, JJ., Concur.